IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ELIJAH REID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-962-JPG-PMF |
| | ) | |
| J. DURHAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

The Court, being fully advised in the premises, hereby **GRANTS in part** and **DENIES in part** the motions of attorney Edward J. Szewczyk for leave to withdraw *instanter* from this case as the attorney for the Plaintiff, Elijah Reid, and for an extension of time to file post-trial motions and a notice of appeal (Docs. 74 & 75).

The Court **GRANTS** the motion to withdraw as counsel and **ORDERS** that Szewczyk is **WITHDRAWN** as plaintiff's counsel in this case.  Counsel was appointed to represent Reid in this Court only, the trial is completed, and entry of final judgment is imminent.

The Court **DENIES** the motion for an extension of time to file post-trial motions. Reid has 28 days from entry of judgment to file post-trial motions under Federal Rules of Civil Procedure 50(b), 50(d), 52(b), 59(b) and 59(e).  The Court is not permitted to extend these deadlines.  Fed. R. Civ. P. 6(b)(2).

The Court **GRANTS** the motion for an extension of time to file a notice of appeal. Under Federal Rule of Appellate Procedure 4(a)(1), Reid ordinarily would have 30 days from entry of judgment to file a notice of appeal.  The Court may extend this deadline by 30 days pursuant to Federal Rule of Appellate Procedure 4(a)(5).  The Court finds it appropriate to grant such an extension in this case and **ORDERS** that Reid shall have 60 days from entry of judgment to file a notice of appeal (not counting time that may be tolled by certain post-trial motions, *see* Fed. R. App. P. 4(a)(4)).

The Court further **DIRECTS** the Clerk of Court to send a copy of this order to Reid at the address for him in the Court file.

**IT IS SO ORDERED.**
**DATED:  April 28, 2015**

                                                  s/ J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**